DATE: OCT-28-2004
CASE: 7793 747

FROM:
JAROSLAW JABLONOWSKI
ID# 37875, UNIT: E-3 #404
PLYMOUTH COUNTY CORRECTIONAL FACILITY
26 LONG POND RD, PLYMOUTH, MA 02360 USA

TO:
U.S. DEPARTMENT OF JUSTIC
JOHN JOSEPH MOAKLEY U.S. COURT HOUSE
1 CORTHOUSE WAY, SUITE: 9200
BOSTON, MA 02210, USA

- DEAR JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- U.S. DEPARTMENT OF HOMELAND SECURITY
BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT
DETENTION & REMOVAL OPERATIONS
NEW ENGLAND FIELD OFFICE
BOSTON, MA

- CONSULATE GENERAL OF THE REPUBLIC OF POLAND
233 MADISON AVENUE
NEW YORK, NY, 10016

DEAR SIRS

I AM VERY WORRIES, VERY SAD, VERY HOPELESS I DO WRITE THIS MY THE MAY DAY CALL HEARTY LETTER TO YOU.

PLEASE DO MAKE CLEAR FOR ME A TROUBLE MATTER STIPULATED AS BELOWS:

1) I HAVE BEEN IN PRISON OVER 4 YEAR (FROM 2000 to 2004) BY US LAW.

2) I DON'T WANT TO DEALY MY CASE IN PRISON OVER DUEDATE THIT CONFIRMED BY US LAW (2 COPIES DELAY LETTER OF INS)

3) PLEASE RETURN BACK MY FREEDOM RIGHT. I WISH TO COME BACK MY HOMELAND WITH MY FAMILY SOONER.

I ALWAYS TRUST & BELIEVE THE CLEAR AND THE FAIR OF US LAW AND YOUR CONSCIENCES.

I HOPE THAT. I WILL RECEIVE GOOD RESULT SOONER

GOD BLESS YOU AND YOUR FAMILY, GOOD HEALTH AND GOOD HAPPY

PLEASE REPLY AS SOONS AS POSSIBLE
THANK YOU

Jarostaw Jablonowski



**U.S. Department of Homeland Security**

Bureau of Immigration and Customs Enforcement Detention & Removal Operations
New England Field Division

JFK Federal Building
Government Center
Boston, Ma. 02203

Name: JABLONOWSKI, Jaroslaw
A#:  77 937 472

C/O Plymouth County H of C

# Notice to Alien of File Custody Review

    You are detained in the custody of the Immigration and Naturalization Service (INS) and you are required to cooperate with the INS in effecting your removal from the United States. If the INS has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days) of either: 1) your entering INS custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in INS custody, the INS Deciding Official will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating to the satisfaction of the Attorney General that you **will not** pose a danger to the community and **will not** present a flight risk.

    Your custody status will be reviewed on or about: **(08/10/04)**. The Deciding Official may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document.
10. Any available mental health reports.

    You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The district director will notify you of the decision in your case. Attached to this notice a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

                      **U.S. Department of Homeland Security**
                        Bureau of Immigration and Customs Enforcement
                        Attn: POCR Unit
                        JFK Federal Building, Government Center
                        Boston, Ma  02203

### METHOD OF SERVICE

I certify that this form was provided to the alien by:         (Hand)         (Institution Mail)
( ) CC: Attorney of Record or Designated Representative
( ) CC: A-file

*Timothy Stevens*            Timothy Stevens            06/30/04
Signature of Officer            Print Name of Officer            Date



## U.S. Department of Homeland Security

Bureau of Immigration and Customs Enforcement Detention &
Removal Operations
New England Field Division

JFK Federal Building
Government Center
Boston, Ma.  02203

Name: JABLONOWSKI, Jaroslaw
A#:     77 937 472

C/O Plymouth County H of C

# Notice to Alien of File Custody Review

You are detained in the custody of the Immigration and Naturalization Service (INS) and you are required to cooperate with the INS in effecting your removal from the United States. If the INS has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days) of either: 1) your entering INS custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in INS custody, the INS Deciding Official will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating to the satisfaction of the Attorney General that you **will not** pose a danger to the community and **will not** present a flight risk.

Your custody status will be reviewed on or about: **(11/10/04)** . The Deciding Official may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document.
10. Any available mental health reports.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The district director will notify you of the decision in your case. Attached to this notice a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

U.S. Department of Homeland Security
Bureau of Immigration and Customs Enforcement
Attn: POCR Unit
JFK Federal Building, Government Center
Boston, Ma  02203

METHOD OF SERVICE

I certify that this form was provided to the alien by:           (Hand)           (Institution Mail)
( ) CC: Attorney of Record or Designated Representative
(X) CC: A-file

_Timothy Stevens_           _Timothy Stevens_           _10/19/04_
Signature of Officer           Print Name of Officer           Date