UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAROSLAW JABLONWOSKI
  Petitioner

V.

CIVIL ACTION
NO. 04-12392-GAO

UNITED STATES
  Respondent.

## ORDER

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon (i) **the Office of the United States Attorney (Attn: Jennifer Boal, A.U.S.A.)**; (ii) **Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114**; AND (iii) **Sheriff Joseph F. McDonough, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360.**

It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer or other responsive pleading.

_11/12/04_
Date

_/s/_
United States District Judge