UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAROSLAW JABLONOWSKI, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>)<br>Respondent[1] ) | Civil Action No.<br>04CV12392-GAO |

<u>MOTION TO DISMISS</u>

Respondent moves to dismiss this action pursuant to Fed. R. Civ. P. rules 12(b)(1) for lack of subject matter jurisdiction due to mootness.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By: <u>s/Frank Crowley</u>
    FRANK CROWLEY
    Special Assistant U.S. Attorney
    Department of Homeland Security
    P.O. Box 8728
    J.F.K. Station
    Boston, MA 02114
    (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail at his last place of detention on November 17, 2004.

        s/Frank Crowley
        FRANK CROWLEY
        Special Assistant U.S. Attorney
        United States Immigration &
        Naturalization Service
        P.O. Box 8728
        J.F.K. Station
        Boston, MA 02114