## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JAROSLAW JABLONOWOSKI
        Plaintiff(s)

v.     CIVIL ACTION NO. 04-12392-GAO

UNITED STATES DEPARTMENT OF JUSTICE
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

G   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendant's motion to dismiss ( doc. # 3) is ALLOWED as the petition is moot. Judgment entered in favor of defendant.

TONY ANASTAS,
CLERK OF COURT

Dated: November 19, 2004    By Paul S. Lyness
                                               Deputy Clerk

(JUDGMENT CIVIL  cA 04-12392.wpd - 11/98)

[jgm.]